IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| XZAVIER VENEY | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>Notice of forfeiture |
| | : | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 12, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**XZAVIER VENEY,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 26, 9mm semi-automatic pistol, bearing serial number BMVN728, loaded with 17 live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### XZAIVER VENEY

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including:

1. a Glock 26, 9mm semi-automatic pistol, bearing serial number BMVN728; and

2. seventeen live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

███████████████

FOREPERSON

WILLIAM M. McSWAIN
United States Attorney

No. _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

XZAVIER VENEY

INDICTMENT

Counts

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture



A true bill.

_____
Foreperson

Filed in open court this _____ day,
Of _____ A.D. 20____

_____
Clerk

Bail, $ _____